### Lisa M. HOWES, Appellant,

v.

### John M. HOWES, Respondent.

#### WD 78506

Missouri Court of Appeals, Western District.

FILED: March 22, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2016

Application for Transfer Denied August 23, 2016

Kenneth J. Geniuk, Kansas City, MO, for appellant.

William E. Shull, Liberty, MO, for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

### ORDER

Per Curiam

Lisa Howes appeals the judgment dissolving her marriage to John Howes. She contends the circuit court erred in finding that neither party had a legal or equitable interest in the marital residence and that John Howes's annuity was his non-marital property. For reasons explained in a Memorandum provided the parties, we affirm the judgment.

AFFIRMED. Rule 84.16(b)